Robert G. McCoy, SBN 164218
204 N. San Antonio Avenue
Ontario, CA 91762
Tel: 909-467-1169
Fax: 909-494-7600

Attorney for Debtors: JOHN WESLEY EDWARDS AND AMY LEANN EDWARDS

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISON

| | |
|---|---|
| In re:<br><br>John Wesley Edwards<br>And<br>Amy Leann Edwards<br><br>Debtors. | Case No.: 06:10-bk-10131<br>Chapter 13<br><br>NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER COUNTRYWIDE BANK<br><br>DATE: 02/17/2010<br>TIME: 1:30 p.m.<br>CTRM: 304<br>   US Bankruptcy Court<br>   3420 Twelfth St<br>   Riverside, CA 92501 |

TO THE HONORABLE PETER CARROLL, ROD DANIELSON, CHAPTER 13 TRUSTEE, COUNTRYWIDE BANK and all other interested parties:

NOTICE IS HEREBY GIVEN that on February 17, 2010 at 1:30 p.m. in Courtroom 304 of the U.S. Bankruptcy Court located at 3420 Twelfth Street, Riverside, California, debtors John Edwards and Amy Edwards will move this court for an order avoiding the lien of second trust deed holder or servicer Countrywide Bank from debtors real property located at 11795 Crystal Avenue. Chino, CA 91710 under 11 U.S.C. section 506(a) on the basis that said lien is wholly unsecured.

- 1 -

*Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the above hearing date. Failure to file and serve a timely response to this Motion may result in a waiver of your right to oppose the Motion and the Court may grant requested relief without further notice to you.*

The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. sections 157 and 1334. John Edwards and Amy Edwards, the debtors in the chapter 13 case, are an interested party and have standing to bring the Motion.

### FACTS

This case was commenced by the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code (11 U.S.C.) on January 04, 2010. At that time, debtor owned and resided in the real property located at 11795 Crystal Avenue. Chino, CA 91710. (See Schedule A, attached hereto as Exhibit 1 and incorporated herein by reference.) The fair market value of the property as of the time the petition was filed was $240,000. (See Residential Appraisal Report dated October 16, 2009, attached hereto as Exhibit 2 and incorporated herein by reference.)

The property secures two loans. The first loan is secured by trust deed held or serviced by GMAC MORTGAGE, in the approximate amount of $394,625.45 (See GMAC MORTGAGE statement dated December 02, 2009, attached hereto as Exhibit 3 and incorporated herein by reference.) The second loan is secured by deed of trust held or serviced by Countrywide Bank, in the amount of $53,511.17. (See Countrywide Bank statement dated February 26, 2009, attached hereto as Exhibit 4 and incorporated herein by reference.)

### ARGUMENT

Section 506(a) of the US Bankruptcy Code provides that a secured claim is secured only to the extent of the value of the collateral, and unallowed secured claims are void. This section has generated much controversy in chapter 13 cases because of 11 U.S.C section 1322(b)(2), which prohibits the modification of the rights of holders of claims secured only by the debtor's principal residence. However, the Ninth Circuit Bankruptcy Appellate Panel held in *Lam v. Investors Thrift (In re Lam)*, 211 B.R. 36 (9th Cir. B.A.P. 1997), that the protection of section 1322 (b)(2) does not apply to holders of totally unsecured claims. This was upheld in *Zimmer v.*

- 2 -

*PSB Lending Corp (in re Zimmer)*, 313 F.3d 1220 (9th Cir. 2002). Thus if a debtor can demonstrate that the value of his principal residence is less than senior liens, a junior lien will be determined to be wholly unsecured and thus subject to being avoided.

In this case, the value of debtors' residence is $240,000. Ex 2. The first lien against the property is approximately $394,625.45 an amount that is more than the value of the property. The second lien held or serviced by Countrywide Bank is thus wholly unsecured and can be avoided or "stripped."

Based on the foregoing, debtors John Edwards and Amy Edwards request an order of this Court as follows:

1. That the second deed of trust held or serviced by Countrywide Bank against the real property located at 11795 Crystal Avenue, Chino, CA 91710, is deemed wholly unsecured because of the value of the real property does not exceed the amount of the first lien currently held or serviced by GMAC Mortgage;

2. That upon completion of the chapter 13 plan and entry of discharge, the lien held or serviced by Countrywide Bank will be void and will not constitute an encumbrance against said real property;

3. That any corresponding proof of claim filed by Countrywide Bank be deemed a general unsecured claim within debtors' chapter 13 plan;

4. That upon completion of the plan and entry of discharge, Countrywide Bank is hereby ordered to reconvey the second deed trust to debtors and take all steps necessary to clear title of said lien;

5. Should this case be dismissed or converted to any other chapter under Title 11 prior to completion of the plan and entry of discharge, said lien will remain a valid encumbrance against the real property absent further order of this Court; and

6. That the Chapter 13 Trustee treat any corresponding proof of claim filed by Countrywide Bank as a general unsecured claim within debtors' chapter 13 plan.

Dated: 01/19/2010                    /s/ Robert McCoy
                                     Robert McCoy
                                     Attorney for Debtor

- 3

In re: JOHN WESLEY EDWARDS AND AMY LEANN EDWARDS

Case No: 06:10-bk-10131

# DECLARATION OF LEON ABACHERLI

I, Leon Abacherli, hereby declare as follows,

1. I have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.
2. I am a State Certified Appraiser (No.AR002589).
3. In October 16, 2009, I was contacted by John Edwards and Amy Edwards to conduct an appraisal of their home located at 11795 Crystal Avenue. Chino, CA 91710
4. I prepared the Residential Appraisal Report dated October 16, 2009, that is attached to the debtor's motion as Exhibit B. This appraisal is a true and correct copy of the one provided to their attorney, Robert McCoy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2010, at Ontario, California.

/s/ Leon Abacherli

Leon Abacherli

| In re: John Edwards | CHAPTER: 13 |
|---|---|
| and | CASE NUMBER: 10-10131 |
| Amy Edwards Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
204 N. SAN ANTONIO AVENUE
ONTARIO, CA 91762

A true and correct copy of the foregoing document described NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED COUNTRYWIDE BANK will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/27/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
United States Trustee                ustpregion16.rs.ecf@usdoj.gov
Rod Danielson - CH 13 Trustee        notice-efile@rodan13.com

                                                                Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 01/27/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
GMAC MORTGAGE                                                  Served by First Class Mail
Managing Officer of COUNTRYWIDE HOME LOANS                     Served by Certified Mail
Authorized Agent To Receive Service For COUNTRYWIDE HOME LOANS Served by Certified Mail

                                                        ☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

                                                        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| 01/27/2010 | Manny Martinez | /s/ Manny Martinez |
|---|---|---|
| Date | Type Name | Signature |

SERVICE LIST:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                    F 9013-3.1

| In re: John Edwards | CHAPTER: 13 |
| and | CASE NUMBER: 10-10131 |
| Amy Edwards Debtor(s). | |

| | |
|---|---|
| ROD DANIELSON<br>CH.13 TRUSTEE<br>4361 LATHAM STREET STE. 270<br>RIVERSIDE, CA 92501 | 1ST CLASS U.S. MAIL |
| COUNTRYWIDE HOME LOANS OFFICER AUTHORIZED TO RECEIVE LEGAL NOTICE FOR:<br>COUNTRYWIDE HOME LOANS<br>(HOLDER OF THE SECOND DEED OF TRUST)<br>35 NORTH LAKE AVENUE.<br>PASADENA, CA 91101 | CERTIFIED MAIL |
| COUNTRYWIDE HOME LOANS<br>AUTHORIZED AGENT TO RECEIVE SERVICE<br>LEGAL DEPARTMENT<br>35 NORTH LAKE AVENUE.<br>PASADENA, CA 91101 | CERTIFIED MAIL |
| GMAC MORTGAGE<br>(HOLDER OF THE FIRST DEED OF TRUST)<br>CORPORATE HEADQUARTERS<br>100 WITMER ROAD<br>HORSHAM, PA 19044 | 1ST CLASS U.S. MAIL |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| ROBERT G McCOY<br>Law Office of Robert McCoy<br>204 North San Antonio Avenue<br>Ontario, CA 91762<br>(909) 467-1169    (909) 494-7600    164218<br>☒ *Attorney for:* JOHNS WESLEY EDWARDS and AMY LEANN EDWARDS | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: JOHN  WESLEY EDWARDS<br>and<br>AMY LEANN EDWARDS                              Debtor(s) | CASE NO:<br>CHAPTER:   13<br>ADV. NO: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: _____                                 Date Filed: 01/19/2010

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney

_[signature]_                                 11/30/2009
Signature of Signing Party                    Date

JOHN  WESLEY EDWARDS
Printed Name of Signing Party

_[signature]_                                 11/30/2009
Signature of Joint Debtor (if applicable)     Date

AMY LEANN EDWARDS
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties  If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_[signature]_                                 11/30/2009
Signature of Attorney for Signing Party       Date

Robert G. McCoy Jr.
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*November 2006*