File No. 16-1009

## APPRAISAL OF



### LOCATED AT:

11795 Crystal Avenue
Chino, CA  91710

### FOR:

John Edwards
11795 Crystal Avenue
Chino, CA 91710

### BORROWER:

N/A

### AS OF:

October 16, 2009

### BY:

Leon Abacherli
CA #AR002589

SPEEDY APPRAISALS INC

File No. 16-1009

10/19/2009

John Edwards
11795 Crystal Avenue
Chino. CA 91710

File Number:   16-1009

In accordance with your request. I have appraised the real property at:

11795 Crystal Avenue
Chino. CA  91710

The purpose of this appraisal is to develop an opinion of the market value of the subject property. as improved
The property rights appraised are the fee simple interest in the site and improvements

In my opinion. the market value of the property as of   October 16  2009                           is:

$240.000
Two Hundred Forty Thousand  Dollars

The attached report contains the description. analysis and supportive data for the conclusions.
final opinion of value, descriptive photographs. limiting conditions and appropriate certifications

Leon Abacherli
CA #AR002589

P O  Box 1138. Chino. CA 91708   (909) 591-5458

## Uniform Residential Appraisal Report

File No 16-1009

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | | |
|---|---|---|---|---|---|
| Property Address 11795 Crystal Avenue | | City Chino | | State CA   Zip Code 91710 | |
| Borrower N/A | | Owner of Public Record Edwards | | County San Bernardino | |

Legal Description Lot 9, Tract 7288, M.B. 94/44-45

Assessor's Parcel # 1013-391-25-0-000     Tax Year 2009     R.E. Taxes $ 2,101 24

Neighborhood Name Chino     Map Reference 641-F4     Census Tract 0004 02

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ None noted   [ ] PUD   HOA $ N/A   [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) N/A

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) For Asset Valuation Purposes.

Lender/Client John Edwards   Address 11795 Crystal Avenue, Chino, CA 91710

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   [ ] Yes [X] No

Report data source(s) used, offering price(s) and date(s)   Research of the applicable public records, private data sources and an interview of the current owner, revealed that the subject is not under current agreement or option and is not offered for sale on the open market.

[ ] I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed This appraisal is for valuation purpose.

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? [ ] Yes [ ] No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid   N/A     N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use% | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 70 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 240 Low | 5 | Multi-Family | 5 % |
| Neighborhood Boundaries   See Attached Addendum | | | | | | 375 High | 40 | Commercial | 10 % |
| | | | | | | 280 Pred | 30 | Other Vacant | 10 % |

Neighborhood Description   See Attached Addendum

Market Conditions (including support for the above conclusions)   See Attached Addendum

| | | | | |
|---|---|---|---|---|
| Dimensions 75.00 X 100 58 | | Area 7,544 Sq.Ft. | Shape Rectangular | View Residential |

Specific Zoning Classification RD4.5   Zoning Description Residential Land Use District 4.5 DU's/ACR

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) The subject is a Legal Use

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe The subject's current land use considered the Highest and Best Use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | [ ] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 060272/8615 H   FEMA Map Date 08/28/2008

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe. See Attached Addendum

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe No adverse easement, encroachments, or adverse conditions noted. Preliminary title report has not been inspected.

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION   materials/condition | INTERIOR   materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls   Concrete/Avg. | Floors   Crpt -Vinyl/Avg |
| # of Stories One | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls   Stucco-Wd./Avg | Walls   Drywall/Average |
| Type [X] Det. [ ] Att [ ] S-Det/End Unit | | Basement Area 0.0000 sq. ft. | | Roof Surface   Comp Shgle /Avg | Trim/Finish   Wood/Average |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish N/A % | | Gutters & Downspouts None | Bath Floor   Tile-Vinyl/Avg |
| Design (Style) Ranch | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type   Alum Dual Pane/Avg | Bath Wainscot   Tile/Average |
| Year Built 1965 | | Evidence of [ ] Infestation | | Storm Sash/Insulated   None noted. | Car Storage [ ] None |
| Effective Age (Yrs) 38-40 | | [ ] Dampness [ ] Settlement | | Screens   Aluminum/Avg. | [X] Driveway   # of Cars 2 |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities   WoodStove(s) # | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | | [ ] Other   Fuel Gas | | [X] Fireplace(s) # 1 [ ] Fence | [X] Garage   # of Cars 2 |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Enc. [ ] Porch Covered | [ ] Carport   # of Cars |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool [ ] Other (describe) | [X] Att. [ ] Det [ ] Built-in |
| Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | | | |

Finished area above grade contains:   6 Rooms   3 Bedrooms   2 Bath(s)   1,536 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)   See Attached Addendum

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)   The subject is an average quality home that is in average overall condition. The subject displays an adequate level of maintenance. There are no obvious repairs needed. No apparent functional, physical or external inadequacies noted.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No   If Yes, describe No physical deficiencies or adverse conditions that may affect livability, soundness, or structural integrity noted

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No   If No, describe The subject property generally conforms to the neighborhood.

## Uniform Residential Appraisal Report

File No. 16-1009

There are **6** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 220,000 to $ 295,000

There are **17** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 129,900 to $ 350,000

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 11795 Crystal Avenue Chino | 12044 Telephone Avenue Chino, CA 91710 | | 11858 Serra Avenue Chino, CA 91710 | | 11711 Carlisle Avenue Chino, CA 91710 | |
| Proximity to Subject | | 0.43 miles SE | | 0.12 miles SW | | 0.11 miles NNW | |
| Sale Price | $ N/A | $ 215,000 | | $ 265,000 | | $ 280,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 156.14 sq. ft. | | $ 185.57 sq. ft. | | $ 181.23 sq. ft. | |
| Data Source(s) | | NDCdata/MLS | | NDCdata/MLS | | NDCdata/MLS | |
| Verification Source(s) | | Doc. #378057 | | Doc. #346358 | | Doc. #229252 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | N/A | None Noted | | None Noted | | None Noted | |
| Concessions | N/A | 70%Conv. | | 96%FHA | | 98% FHA | |
| Date of Sale/Time | | 08/27/2009 | | 08/06/2009 | -16,000 | 05/27/2009 | -33,000 |
| Location | Avg./Minimal | Avg./Moderate | 20,000 | Avg./Minimal | | Avg./Minimal | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,544 Sq.Ft. | 7,676 Sq.Ft. | | 7,171 Sq.Ft. | | 7,857 Sq.Ft | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 44 Years | 35 Years | | 37 Years | | 40 Years | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms Baths 6 3 2 | Total Bdrms Baths 6 4 2 | -2,000 | Total Bdrms Baths 8 4 2 | -2,000 | Total Bdrms Baths 6 3 2 | |
| Gross Living Area 25.00 | 1,536 sq. ft. | 1,377 sq. ft. | 4,000 | 1,428 sq. ft. | 2,500 | 1,545 sq. ft. | 0 |
| Basement & Finished | DOM: N/A | DOM: 55 | | DOM: 59 | | DOM: 91 | |
| Rooms Below Grade | No Basement | No Basement | | No Basement | | No Basement | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None noted. | None noted. | | None noted. | | None noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Enclosed Patio | Covered Patio | | Covered Patio | | Open Patio | 3,000 |
| Fireplace | 1 F/P | None | 3,000 | 1 F/P | | 1 F/P | |
| Pool/Spa | None | None | | Pool | -10,000 | Pool | -10,000 |
| | None | None | | None | | None | |
| Net Adjustment (Total) | | [X] + [ ] - $ 25,000 | | [ ] + [X] - $ 25,500 | | [ ] + [X] - $ 40,000 | |
| Adjusted Sale Price | | Net Adj 11.6% | | Net Adj -9.6% | | Net Adj -14.3% | |
| of Comparables | | Gross Adj. 13.5% $ 240,000 | | Gross Adj. 11.5% $ 239,500 | | Gross Adj. 16.4% $ 240,000 | |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain    N/A

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  NDCdata

My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  NDCdata

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/05/2001 | 06/16/2009 | 02/17/2009 | 09/29/2008 |
| Price of Prior Sale/Transfer | $171,000 | $387,291 | $285,000 | $236,000 |
| Data Source(s) | NDCdata | NDCdata | NDCdata | NDCdata |
| Effective Date of Data Source(s) | 10/07/2009 | 10/07/2009 | 10/07/2009 | 10/07/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Research of the applicable public records, private data sources, and an interview of the current owner, revealed that the subject property has not been transferred during the past three years. All six comparables previous transfers were foreclosures and currently sold as a REO sales.

Summary of Sales Comparison Approach    All comparables are from the same neighborhood having similar market influences. Selected comparables are considered the best available data. All adjustments are rounded to the nearest $500.00. All resources public record (NDCdata and DataQuick), a title company, and MLS have been researched. The comparables used are considered the best available. Time adjustment is based on 2.5% per month of the comparable's sales price when the transfer date is 1 month prior to the effective date of the appraisal. Comparables #1 and #5 front traffic street reflecting a moderate level of noise. Age is adjusted $800 per year when there is a +/- 10 year difference. Bedrooms are adjusted $2,000 per room. Gross living area is adjusted $25.00 per square foot when there is a +/- 100 sf difference. All comparables sales are given equal consideration and support the opinion of value

Indicated Value by Sales Comparison Approach $ 240,000

Indicated Value by: Sales Comparison Approach $ 240,000    Cost Approach (if developed) $ Not Developed    Income Approach (if developed) $ Not Developed

Sales Comparison Analysis is the best indicator of market value as it reflects the action of buyers and sellers. The Cost Approach is weak due to difficulty estimating accrued depreciation. Income Approach not utilized due to insufficient data.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  See Attached Addendum

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 240,000 as of  10/16/2009 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 6    Fannie Mae Form 1004 March 2005

Speedy Appraisals, Inc

## Uniform Residential Appraisal Report

File No. 16-1009

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Land value Not Developed.abstraction method.

| ESTIMATED | REPRODUCTION OR | REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ |
|---|---|---|---|
| Source of cost data Not Developed. | | | Dwelling | Sq. Ft. @ $ | = $ |
| Quality rating from cost service N/D | Effective date of cost data N/D | | Sq. Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | |
| Not Developed. | | | Garage/Carport | Sq. Ft. @ $ | = $ |
| | | | Total Estimate of Cost-New | = $ |
| | | | Less | Physical | Functional | External |
| | | | Depreciation | = $ ( |
| | | | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . = $ |
| | | | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . = $ |
| Estimated Remaining Economic Life (HUD and VA only) | N/A Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . = $ |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ _____ N/D  X Gross Rent Multiplier _____ N/D  = $ _____    N/D  Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM)  N/D

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No    Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit

Legal name of project  N/A

Total number of phases  N/A    Total number of units  N/A    Total number of units sold  N/A

Total number of units rented  N/A    Total number of units for sale  N/A    Data source(s)  N/A

Was the project created by the conversion of an existing building(s) into a PUD? [ ] Yes [ ] No    If Yes, date of conversion  N/A

Does the project contain any multi-dwelling units? [ ] Yes [ ] No    Data source(s)  N/A

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No    If No, describe the status of completion  N/A

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No    If Yes, describe the rental terms and options  N/A

Describe common elements and recreational facilities   N/A

## Uniform Residential Appraisal Report

File No 16-1009

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD)  This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project

This appraisal report is subject to the following scope of work, intended use. intended user. definition of market value. statement of assumptions and limiting conditions. and certifications  Modifications. additions. or deletions to the intended use. intended user. definition of market value. or assumptions and limiting conditions are not permitted  The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment  Modifications or deletions to the certifications are also not permitted  However. additional certifications that do not constitute material alterations to this appraisal report. such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization. are permitted

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form. including the following definition of market value. statement of assumptions and limiting conditions. and certifications  The appraiser must. at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property. (2) inspect the neighborhood. (3) inspect each of the comparable sales from at least the street. (4) research. verify. and analyze data from reliable public and/or private sources. and (5) report his or her analysis. opinions. and conclusions in this appraisal report

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction

INTENDED USER: The intended user of this appraisal report is the lender/client

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale. the buyer and seller. each acting prudently. knowledgeably and assuming the price is not affected by undue stimulus  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised. and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U S  dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale

*Adjustments to the comparables must be made for special or creative financing or sales concessions  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1    The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. except for information that he or she became aware of during the research involved in performing this appraisal.  The appraiser assumes that the title is good and marketable and will not render any opinions about the title

2    The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements  The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size

3    The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area  Because the appraiser is not a surveyor. he or she makes no guarantees. express or implied. regarding this determination

4    The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question unless specific arrangements to do so have been made beforehand. or as otherwise required by law

5    The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs. deterioration. the presence of hazardous wastes. toxic substances. etc ) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal  Unless otherwise stated in this appraisal report. the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as. but not limited to. needed repairs. deterioration. the presence of hazardous wastes. toxic substances. adverse environmental conditions. etc ) that would make the property less valuable. and has assumed that there are no such conditions and makes no guarantees or warranties. express or implied  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist  Because the appraiser is not an expert in the field of environmental hazards. this appraisal report must not be considered as an environmental assessment of the property

6    The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion. repairs. or alterations on the assumption that the completion. repairs. or alterations of the subject property will be performed in a professional manner

## Uniform Residential Appraisal Report

File No. 16-1009

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1   I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report

2   I performed a complete visual inspection of the interior and exterior areas of the subject property  I reported the condition of the improvements in factual, specific terms  I identified and reported the physical deficiencies that could affect the livability soundness, or structural integrity of the property

3   I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared

4   I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value  I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment  I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report

5   I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report

6   I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report

7   I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property

8   I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land

9.   I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales

10   I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property

11   I have knowledge and experience in appraising this type of property in this market area

12   I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located

13   I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct

14   I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value  I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc ) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal  I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property

15   I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct

16   I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report

17   I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction  I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law

18   My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application)

19   I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report  If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report  I certify that any individual so named is qualified to perform the tasks  I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it

20   I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report

## Uniform Residential Appraisal Report

File No. 16-1009

21  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent   Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales or other media)

22  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations   Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me

23  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties

24  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature

25  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq, or similar state laws

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1   I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification

2   I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification

3   The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law

4   This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared

5   If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Leon Abacherli | Name |
| Company Name Speedy Appraisals, Inc. | Company Name |
| Company Address P.O. Box 1138, Chino, CA 91708-1138 | Company Address |
| | |
| Telephone Number 909-591-5458 | Telephone Number |
| Email Address speedyappraisal@verizon.net | Email Address |
| Date of Signature and Report 10/19/2009 | Date of Signature |
| Effective Date of Appraisal 10/16/2009 | State Certification # |
| State Certification # AR002589 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License |
| State CA | |
| Expiration Date of Certification or License 01/01/2011 | |

ADDRESS OF PROPERTY APPRAISED

11795 Crystal Avenue

Chino, CA  91710

APPRAISED VALUE OF SUBJECT PROPERTY $ 240,000

LENDER/CLIENT

Name _____

Company Name John Edwards

Company Address 11795 Crystal Avenue

Chino, CA 91710

Email Address _____

SUBJECT PROPERTY

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street

   Date of Inspection _____

☐ Did inspect interior and exterior of subject property

   Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street

   Date of Inspection _____

Freddie Mac Form 70 March 2005                    Produced using ACI software, 800 234 8727 www.aciweb com                    Fannie Mae Form 1004 March 2005
Page 6 of 6                                                                                1004_6L 6671000

Speedy Appraisals, Inc

## Uniform Residential Appraisal Report

File No. 16-1009

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 11795 Crystal Avenue | 11723 Telephone Avenue | | 11924 Monte Vista Avenue | | 12184 Carlisle Avenue | |
| | Chino | Chino, CA 91710 | | Chino, CA 91710 | | Chino, CA 91710 | |
| Proximity to Subject | | 0.31 miles ENE | | 0.17 miles SSE | | 0.50 miles S | |
| Sale Price | $ N/A | | $ 255,000 | | $ 220,000 | | $ 227,700 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 178.82 sq. ft. | | $ 150.17 sq. ft. | | $ 167.80 sq. ft. | |
| Data Source(s) | | MLS/Title Company | | MLS/Agent Verified | | MLS/Agent Verified | |
| Verification Source(s) | | Doc. #445099 | | MLS #H09100592/714-974-7799 | | MLS #P706533/714-832-0020 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | None Noted | | None Noted | | None Noted | |
| Concessions | | Not Available | | PENDING | | LISTING | |
| Date of Sale/Time | N/A | 10/09/2009 | | PD 09/25/2009 | | LD 10/09/2009 | |
| Location | Avg./Minimal | Avg./Minimal | | Avg./Moderate | 20,000 | Avg./Minimal | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,544 Sq.Ft. | 7,171 Sq.Ft. | | 7,600 Sq.Ft. | | 7,227 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 44 Years | 31 Years | -10,500 | Average - | 5,000 | 46 Years | |
| Condition | Average | Average | | 37 Years | | Average | |
| Above Grade | Total / Bdrms / Baths  6 / 3 / 2 | Total / Bdrms / Baths  7 / 4 / 2 | -2,000 | Total / Bdrms / Baths  7 / 4 / 2 | -2,000 | Total / Bdrms / Baths  6 / 3 / 2 | |
| Room Count | | | | | | | |
| Gross Living Area | 25.00   1,536 sq. ft. | 1,426 sq. ft. | 3,000 | 1,465 sq. ft. | 0 | 1,357 sq. ft. | 4,500 |
| Basement & Finished | DOM: N/A | DOM: 114 | | DOM: 33 | | DOM:10 | |
| Rooms Below Grade | No Basement | No Basement | | No Basement | | No Basement | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None noted. | None noted. | | None noted | | None noted. | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Enclosed Patio | Covered Patio | | Open Patio | 3,000 | Covered Patio | |
| Fireplace | 1 F/P | 1 F/P | | None | 3,000 | 1 F/P | |
| Pool/Spa | None | None | | Pool/Spa | -12,000 | None | |
| | None | None | | None | | None | |
| Net Adjustment (Total) | | [ ]+ [X]- | $ 9,500 | [X]+ [ ]- | $ 17,000 | [X]+ [ ]- | $ 4,500 |
| Adjusted Sale Price | | Net Adj  -3.7% | | Net Adj  7.7% | | Net Adj  2.0% | |
| of Comparables | | Gross Adj  6.1% | $ 245,500 | Gross Adj  20.5% | $ 237,000 | Gross Adj  2.0% | $ 232,200 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/05/2001 | 05/28/2009 | 09/04/2009 | 07/17/2009 |
| Price of Prior Sale/Transfer | $171,000 | $241,800 | $255,000 | $183,962 |
| Data Source(s) | NDCdata | NDCdata | NDCdata | NDCdata |
| Effective Date of Data Source(s) | 10/07/2009 | 10/07/2009 | 10/07/2009 | 10/07/2009 |

Summary of Sales Comparison Approach   See Attached Addendum.

| Borrower: N/A | | File No.: 16-1009 |
| Property Address: 11795 Crystal Avenue | | Case No : |
| City: Chino | State: CA | Zip: 91710 |
| Lender: John Edwards | | |

**Neighborhood Boundaries**
Neighborhood boundaries are Francis Avenue to the north. Central Avenue to the east #60 Freeway to the south. and San Bernardino/Los Angeles County line to the west

**Neighborhood Description**
A neighborhood of average quality homes that consist of various style. age. and design  The area displays an average level of maintenance  Schools. parks. and consumer services are adequately accessible  Employment stability is average. and employment centers are within normal commuting distance  The market appeal is average for the area  No other adverse conditions are noted

**Neighborhood Market Conditions**
An inspection of the neighborhood. information supplied by Real Estate Agents. and a review of current MLS information revealed a adequate supply of housing in the area, with typical marketing periods of 10 to 120 days. if priced competitively  The exposure time is estimated at 30 to 90 days depending on the market and financing is available  General market conditions are considered declining with an over supply of dwellings and a slow market  The number of foreclosure properties in the area are increasing. and as more inventory is on the market this will effect values and days on the market  There are no apparent loan discounts. interest buy-downs. or sales concessions noted  FHA and VA appear to be common to this market area  Conventional financing is the evident form of financing with 0% to 20% down payments typical  Based on information published in DataQuick Information Systems. zillow com and MLS, over the past year. the housing values have been declining from 2% to 3%  per month in the subject's market area  The market values of houses are declining due to REO sales and oversupply of active listings

**Utilities/Off-Site Improvements**
The subject utilities and off-site improvements are typical for the market area

**Additional Features**
The 6 rooms reflected in Room Count are as follows: Living Room. Dining Room. Kitchen. and 3-Bedrooms  Excluded from the Room Count are 2 Bathrooms and Laundry Room

Interior features: vinyl entry. fireplace in the dining room. and formica counters in the kitchen  The garage has an interior/exterior entrance. a metal roll-up door. and an electric door opener

**Conditions of Appraisal**
See attached Statement of Limiting Conditions and Appraiser's Certification  The inspection date coincides with the preparation date

DIGITAL PREPARED APPRAISAL:
This report has been electronically prepared in compliance with USPAP guidelines which includes a secure digital signature and adequate security measures are in place to protect the data produced by the appraiser

The Intended User of this appraisal report is the Lender/Client  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction. subject to the stated Scope of Work. purpose of the appraisal. reporting the requirement of this appraisal report form. and Definition of Market Value  No additional Intended Users are identified by the appraiser

## Market Conditions Addendum to the Appraisal Report

File No. 16-1009

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 11795 Crystal Avenue    City Chino    State CA    Zip Code 91710

Borrower N/A

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 9 | 3 | 5 | [X] Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.50 | 1.00 | 1.67 | [X] Increasing | Stable | Declining |
| Total # of Comparable Active Listings | 26 | 16 | 15 | [X] Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 17.33 | 16.00 | 8.98 | [X] Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $290,000 | $255,000 | $285,800 | Increasing | [X] Stable | Declining |
| Median Comparable Sales Days on Market | 97 | 49 | 22 | [X] Declining | Stable | Increasing |
| Median Comparable List Price | $294,500 | $285,400 | $285,000 | Increasing | [X] Stable | Declining |
| Median Comparable Listings Days on Market | 170 | 89 | 19 | [X] Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 98% | 89% | 100% | Increasing | Stable | [X] Declining |
| Seller (developer, builder, etc.) paid financial assistance prevalent? | [X] Yes | No | | Declining | [X] Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g. seller contributions increased from 3% to 5% increasing use of buydowns, closing costs, condo fees, options etc.)
It is considered typical in this market area for the seller to pay partial or all the buyer non-recurring closing cost; the concession is typically 3 to 5% of the sales price.

Are foreclosure sales (REO sales) a factor in the market? [X] Yes  [ ] No   If yes explain (including the trends in listings and sales of foreclosed properties)
The number of foreclosure properties in the area are increasing, and as more inventory is on the market this will effect values and days on the market. The market values of houses are declining due to REO sales and oversupply of active listings.

Cite data sources for above information  MLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
An inspection of the neighborhood, information supplied by Real Estate Agents, and a review of current MLS information revealed a adequate supply of housing in the area, with typical marketing periods of 10 to 120 days, if priced competitively. The exposure time is estimated at 30 to 90 days depending on the listed price and condition. General market conditions are considered declining with an over supply of dwellings on the market and financing is available. The over supply of inventory in the neighborhood caused by REO properties and a slow market. There are no apparent loan discounts, interest buy-downs, or sales concessions noted. FHA and VA appear to be common to this market area. Conventional financing is the evident form of financing with 0% to 20% down payments typical. Based on information published in DataQuick Information Systems, zillow.com and MLS, over the past year, the housing values have been declining from 1% to 2% per month in the subject's market area.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? [ ] Yes  [ ] No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Leon Abacherli | Name |
| Company Name Speedy Appraisals, Inc. | Company Name |
| Company Address P O Box 1138, Chino, CA 91708-1138 | Company Address |
| State License/Certification # AR002589    State CA | State License/Certification #    State |
| Email Address speedyappraisal@verizon.net | Email Address |

FLOORPLAN

| Borrower: N/A | | File No.: 16-1009 |
| Property Address: 11795 Crystal Avenue | | Case No.: |
| City: Chino | State: CA | Zip: 91710 |
| Lender: John Edwards | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1536 0 | 1536 0 |
| P/P | Covered Porch | 49 0 | |
| | Enclosed Patio | 216 0 | 265 0 |
| GAR | Garage | 441 0 | 441 0 |
| | Net LIVABLE Area | (Rounded) | 1536 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 17 0 x 45 0 | | 765 0 |
| 16 0 x 32 0 | | 512 0 |
| 4 0 x 7 0 | | 28 0 |
| 11 0 x 21 0 | | 231 0 |
| 4 Items | (Rounded) | 1536 |

Borrower: N/A

Property Address: 11795 Crystal Avenue

File No.: 16-1009

Case No.:

City: Chino    State: CA    Zip: 91710

Lender: John Edwards



LOCATION MAP

| | |
|---|---|
| Borrower: N/A | File No.: 16-1009 |
| Property Address: 11795 Crystal Avenue | Case No.: |
| City: Chino | State: CA | Zip: 91710 |
| Lender: John Edwards | |



Subject
11795 Crystal Avenue
Chino, CA 91710-1714

Comparable Sale 1
12044 Telephone Avenue
Chino, CA 91710-1882
(0.43 miles SE)

Comparable Sale 2
11858 Serra Avenue
Chino, CA 91710-1750
(0.12 miles SW)

Comparable Sale 3
11711 Carlisle Avenue
Chino, CA 91710-1703
(0.11 miles NNW)

Comparable Sale 4
11723 Telephone Avenue
Chino, CA 91710-1853
(0.31 miles ENE)

Comparable Sale 5
11924 Monte Vista Avenue
Chino, CA 91710-1740
(0.17 miles SSE)

Comparable Sale 6
12184 Carlisle Avenue
Chino, CA 91710-2343
(0.50 miles S)

P.O. Box 1138, Chino, CA 91708  (909) 591-5458

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 11795 Crystal Avenue | |
| City: Chino | State: CA    Zip: 91710 |
| Lender: John Edwards | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: October 16, 2009
Appraised Value: $ 240,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| Borrower: N/A |
| Property Address: 11795 Crystal Avenue |
| City: Chino |
| Lender: John Edwards |



INTERIOR



BATHROOM



BEDROOM

Borrower: N/A
Property Address: 11795 Crystal Avenue
City: Chino
Lender: John Edwards
State: CA
Zip: 91710



INTERIOR



BEDROOM



DINING ROOM

Borrower: N/A
Property Address: 11795 Crystal Avenue
City: Chino
Lender: John Edwards

State: CA
Zip: 91710



KITCHEN



LIVING ROOM



Borrower: N/A
Property Address: 11795 Crystal Avenue
City: Chino    State: CA    Zip: 91710
Lender: John Edwards



**COMPARABLE SALE #1**

12044 Telephone Avenue
Chino, CA 91710
Sale Date: 08/27/2009
Sale Price: $ 215,000



**COMPARABLE SALE #2**

11858 Serra Avenue
Chino, CA 91710
Sale Date: 08/06/2009
Sale Price: $ 265,000



**COMPARABLE SALE #3**

11711 Carlisle Avenue
Chino, CA 91710
Sale Date: 05/27/2009
Sale Price: $ 280,000

COMPARABLE PROPERTY PHOTO ADDENDUM

Borrower: N/A
Property Address: 11795 Crystal Avenue
City: Chino    State: CA    Zip: 91710
Lender: John Edwards



**COMPARABLE SALE #4**

11723 Telephone Avenue
Chino, CA 91710
Sale Date: 10/09/2009
Sale Price: $ 255.000



**COMPARABLE SALE #5**

11924 Monte Vista Avenue
Chino, CA 91710
Sale Date: PD 09/25/2009
Sale Price: $ 220.000



**COMPARABLE SALE #6**

12184 Carlisle Avenue
Chino, CA 91710
Sale Date: LD 10/09/2009
Sale Price: $ 227.700

| Borrower: N/A | | File No.: 16-1009 |
|---|---|---|
| Property Address: 11795 Crystal Avenue | | Case No.: |
| City: Chino | State: CA | Zip: 91710 |
| Lender: John Edwards | | |

Business, Transportation & Housing Agency

OFFICE OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER    AR002589

LEON S. ABACHERLI

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

Borrower: N/A

File No.: 16-1009

Property Address: 11795 Crystal Avenue

Case No :

City: Chino

State: CA

Zip: 91710

Lender: John Edwards

*GeneralStar*

GENERAL STAR NATIONAL INSURANCE COMPANY
Financial Centre
P O Box 10360
Stamford, Connecticut  06904-2360

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully

Policy Number:  NJA983439E

Renewal of Number    N: A983433D

1   NAMED INSURED:      Leon Abacherli
    STREET ADDRESS:     4684 Riverside Drive
                        Chino, CA 91710

2   POLICY PERIOD:  Inception Date: 05/28/2009      Expiration Date     05/28/2010

    Effective 12:01 a.m. Standard Time at the address of the Named Insured

3   LIMIT OF LIABILITY:
    Each Claim:       $ 1,000,000
    Aggregate:        $ 2,000,000
    Claim Expenses have a separate Limit of Liability
    Each Claim:       $ 1,000,000
    Aggregate:        $ 2,000,000

4   DEDUCTIBLE:       Each Claim: $500.00      Aggregate: $1,000.00

5   RETROACTIVE DATE:  05/28/2003

    If a date is indicated  this policy will not provide coverage for any Claim arising out of any act, error
    omission or personal injury which occurred before such date

6   ANNUAL PREMIUM:          $   733.00

7.  ENDORSEMENTS:
    This policy is made and accepted subject to the printed policy form together with the following form(s) or
    endorsement(s)
    GSN-07-AP-123(07-2007)
    GSN-07-AP-101 (06-2007)  GSN-07-AP-375 (10-2007)

8   MANAGING AGENT
    Herbert H. Landy Insurance Agency, Inc.
    75 Second Avenue, Suite 410

    Needham, Massachusetts  02494-2876        Authorized Representative

GSN-07-AP-720 (08-2007)     © Copyright 2007 General Star Management Company, Stamford CT
Producer Code: 00026230                                Class Code: 72135
Date: 04/27/2009                                       SLA#